DWIGHT H. FURMAN, Respondent, *v.* CHARLES J. JOHNSON, Appellant.

(Argued December 7, 1882 ; decided March 6, 1883.)

*A. N. Sheldon* for appellant.

*D. L. Atkyns* for respondent.

Agree to affirm.　No opinion.
All concur.
Judgment affirmed.